**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSSETS**
**BOSTON DIVISION**

| | | |
|---|---|---|
| Ervin Abraham Benitez Villatoro | ) | |
| *Plaintiff*, | ) | |
| v. | ) | Civil Case No. 1:26-cv-10069-DJC |
| Kristi Noem | ) | |
| Secretary of the Department of Homeland Security | ) | |
| | ) | |
| Joseph Edlow | ) | |
| Director of USCIS | ) | |
| | ) | |
| U.S. CITIZENSHIP AND | ) | |
| IMMIGRATION SERVICES | ) | |
| *Defendant*s | ) | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Ervin Abraham Benitez Villatoro hereby gives notice that this action is voluntarily dismissed. On or about August 21, 2026, the Defendants issued a Request for Further Evidence in order to adjudicate the Plaintiff's pending I-485 application for Lawful Permanent Resident. As such, Defendants have taken action on the Plaintiff's application and the requested relief asked for by the Plaintiff has been given.

Defendants have not served an answer or motion for summary judgment in this action. Accordingly, Plaintiff notices voluntary dismissal of this action, without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

Respectfully submitted,

/s/ *Thomas R. Logan*
Thomas R. Logan
Counsel for Petitioner

Dated September 10, 2026

**CERTIFICATE OF SERVICE**

I Thomas Loganm do certify that I have served a copy of the Plaintiff's Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i) on the Respondents via the ECF system. I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: September 10, 2026

By: /s/ Thomas Logan
THOMAS LOGAN
Counsel for the Petitioner